AO 91 (Rev. 11/11)  Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
Northern District of California

| | | |
|---|---|---|
| United States of America<br>v.<br>CLARENCE CHAN | ) ) ) ) ) ) ) | Case No.<br>CR 19 70361 MAG |
| *Defendant(s)* | | |

FILED
MAR 08 2019
SUSAN Y. SOONG
CLERK, U.S. DISTRICT COURT
NORTH DISTRICT OF CALIFORNIA
SAN JOSE OFFICE

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of **May 28, 2018** in the county of **Santa Clara** in the **Northern** District of **California**, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. § 922(g)(1) | Felon in Possession of a Firearm |

This criminal complaint is based on these facts:

Please see attached affidavit of Michael Nuttall.

Approved as to form: Scott Simeon, AUSA  by: /s/ Pitman

☑ Continued on the attached sheet.

/s/
*Complainant's signature*

ATF Special Agent Michael Nuttall
*Printed name and title*

Sworn to before me over the telephone and signed by me pursuant to Fed. R. Crim. P. 4.1 and 4(d) this _____ day of March, 2019.

Date: 3/8/19

City and state: San Jose, CA

Hon. Susan van Keulen, U.S. Magistrate Judge
*Printed name and title*

## AFFIDAVIT IN SUPPORT OF COMPLAINT

I, Michael Nuttall, being duly sworn, depose and state as follows:

1. I am a Special Agent with the Bureau of Alcohol, Tobacco, Firearms, and Explosives (ATF) and have been so employed since January 2015. I am a graduate of the Criminal Investigator Training Program and ATF Special Agent Basic Training at the Federal Law Enforcement Training Center (FLETC) in Glynco, GA. I am currently assigned to the San Francisco Field Division, where my responsibilities include the investigation of criminal violations relating to firearms, explosives, arson, violent crime, criminal street gangs, and narcotics offenses. I am currently also serving as a Task Force Agent (TFA) with the San Jose Resident Office (SJRO) of the Drug Enforcement Administration (DEA) and have been assigned there since November 2015. As a Task Force Agent with the DEA, my investigations focus on large-scale narcotic offenders. As a federal agent, I am authorized to investigate violations of the laws of the United States and am a law enforcement officer with authority to execute warrants issued under the authority of the United States.

2. During my employment with the ATF, I have conducted numerous firearms and narcotics investigations and authored affidavits in support of search warrants and criminal complaints against individuals who have illegally purchased, trafficked, or possessed firearms and narcotics.

3. I submit this affidavit in support of a criminal complaint against Clarence CHAN ("CHAN") for a violation of Title 18, United States Code, Section 922(g)(1) (Felon in Possession of a Firearm). Under 18 U.S.C. § 922(g)(1), it is "unlawful for any person who has been convicted in any court of a crime punishable by imprisonment for a term exceeding one year . . . to ship or transport in interstate or foreign commerce, or possess in or affecting commerce, any firearm or ammunition; or to receive any firearm or ammunition which has been shipped or transported in interstate or foreign commerce."

4. The facts set forth in this affidavit are based upon my personal observations, my training and experience, and information obtained from other law enforcement personnel. This

affidavit is intended only to show that there is sufficient probable cause for the requested criminal complaint and does not purport to set forth all of my investigative findings into this matter.

5. CHAN is further described as an Asian male, approximately 5'9", approximately 150 pounds, with black hair and brown eyes. CHAN's date of birth is March 31, 1970.

## Investigation

6. On May 28, 2018, the Palo Alto Police Department (PAPD) responded to a domestic violence call at 3195 Alexis Drive, Palo Alto, located in Santa Clara County in the Northern District of California. When officers made contact with the suspect, Clarence CHAN, and the victim, the victim stated that there may be others in the house. For officer safety, and for the safety of others possibly in the residence, a protective sweep of the residence was conducted. During this protective sweep, Sergeant Phillip of the PAPD Special Weapons and Tactics (SWAT) team saw numerous firearms and rounds of ammunition located in plain view throughout the house.

7. A records check showed that the suspect, CHAN, had been previously convicted of crimes punishable by imprisonment for a term exceeding one year, including felony Assault With a Firearm on a Person in violation of California Penal Code § 245(a)(2). Because CHAN had been previously convicted of a felony, PAPD officers remained at the house and applied for a search warrant. The Honorable Aaron Persky, Santa Clara County Superior Court Judge, signed the warrant for multiple violations of the California Penal Code, including § 29800(a)(1), Felon in Possession of a Firearm.

8. During the search of the residence, PAPD found two suspected grenades. PAPD then called Special Agent (SA) Nuttall of the Bureau of Alcohol, Tobacco, Firearms, and Explosives (ATF) to the scene. The grenades were examined by the Santa Clara County Bomb Squad and identified as inert grenades, and once the residence was considered safe again, the search continued. While on scene, PAPD and SA Nuttall located numerous firearms, including a Glock 19 pistol (a 9-millimeter caliber pistol bearing serial number ZXY168). Agents also found

the following in the residence: six (6) suspected handguns, seven (7) suspected rifles or shotguns, multiple suspected body armor carriers and plates, CHAN's passport, and numerous utility bills in CHAN's name.

9. The firearms, ammunition, body armor and other items were seized by PAPD and booked into evidence.

### Information Regarding the Firearm

10. Based on PAPD Officer Clausen's reports and my visual inspection, I believe that the Glock 19 pistol is functional and is legally considered a firearm; namely, it is designed to expel or is capable of expelling a projectile by the action of an explosive. Furthermore, I know from my training and experience as an ATF agent that Glock Firearms are manufactured outside of California; therefore, the Glock 19 pistol would have been shipped or transported across state lines in order to enter the state of California.

### Conclusion

11. Based on the foregoing, I respectfully submit that there is probable cause to believe that CHAN has violated Title 18, United States Code, Section 922(g)(1) (Felon in Possession of a Firearm).

/S/
_____
MICHAEL NUTTALL
Special Agent
Bureau of Alcohol, Tobacco, Firearms, and Explosives

SUBSCRIBED and SWORN to ~~before me~~ this ___ day of March 2019
over the phone & signed by me
per Fed. R. Crim. Proc. 4.1

_____
SUSAN VAN KEULEN
United States Magistrate Judge

3

AO 257 (Rev. 6/78)

# DEFENDANT INFORMATION RELATIVE TO A CRIMINAL ACTION - IN U.S. DISTRICT COURT

BY: ☒ COMPLAINT ☐ INFORMATION ☐ INDICTMENT ☐ SUPERSEDING

## OFFENSE CHARGED

18 U.S.C. § 922(g)(1) Felon in Possession of a Firearm

☐ Petty
☐ Minor
☐ Misdemeanor
☒ Felony

PENALTY:
Maximum Prison Term: 10 years
Maximum Fine: $250,000
Maximum Supervised Release: 3 years
Special Assessment: $100

Name of District Court, and/or Judge/Magistrate Location
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE DIVISION

FILED
MAR 08 2019
SUSAN Y. SOONG
CLERK, U.S. DISTRICT COURT
NORTH DISTRICT OF CALIFORNIA
SAN JOSE OFFICE

DEFENDANT - U.S
▶ CLARENCE CHAN

DISTRICT COURT NUMBER
CR 19 70361    MAG

## PROCEEDING

Name of Complainant Agency, or Person (& Title, if any)
ATF Special Agent Michael Nuttall

☒ person is awaiting trial in another Federal or State Court, give name of court
Santa Clara County Superior Court

☐ this person/proceeding is transferred from another district per (circle one) FRCrp 20, 21, or 40.  Show District

☐ this is a reprosecution of charges previously dismissed which were dismissed on motion of:
☐ U.S. ATTORNEY ☐ DEFENSE
SHOW DOCKET NO.

☐ this prosecution relates to a pending case involving this same defendant
MAGISTRATE CASE NO.

☐ prior proceedings or appearance(s) before U.S. Magistrate regarding this defendant were recorded under

Name and Office of Person Furnishing Information on this form: DAVID L. ANDERSON
☒ U.S. Attorney ☐ Other U.S. Agency

Name of Assistant U.S. Attorney (if assigned): AUSA SCOTT SIMEON

## DEFENDANT

IS NOT IN CUSTODY
Has not been arrested, pending outcome this proceeding.
1) ☐ If not detained give date any prior summons was served on above charges ▶

2) ☐ Is a Fugitive

3) ☐ Is on Bail or Release from (show District)

IS IN CUSTODY
4) ☐ On this charge

5) ☐ On another conviction
} ☐ Federal ☒ State

6) ☒ Awaiting trial on other charges
If answer to (6) is "Yes", show name of institution
Palo Alto Police Department, Santa Clara Superior Court

Has detainer been filed? ☐ Yes ☐ No
If "Yes" give date filed

DATE OF ARREST ▶ Month/Day/Year 6/29/18

Or... if Arresting Agency & Warrant were not

DATE TRANSFERRED TO U.S. CUSTODY ▶ Month/Day/Year

☐ This report amends AO 257 previously submitted

## ADDITIONAL INFORMATION OR COMMENTS

PROCESS:
☐ SUMMONS ☐ NO PROCESS* ☒ WARRANT    Bail Amount: None

If Summons, complete following:
☐ Arraignment ☐ Initial Appearance
Defendant Address:

* Where defendant previously apprehended on complaint, no new summons or warrant needed, since Magistrate has scheduled arraignment

Date/Time:    Before Judge:

Comments: