# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN JOSE DIVISION

### THE UNITED STATES OF AMERICA

### vs

### CLARENCE PETER CHAN

## INDICTMENT

**CR 19 00521 BLF SVK**

*FILED OCT 10 2019, SUSAN Y. SOONG, CLERK U.S. DISTRICT COURT, NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE*

COUNT 1: 18 U.S.C. § 922(g)(1) – Felon in Possession of a Firearm and Ammunition

COUNT 2: 26 U.S.C. § 5861(d) – Possession of an Unregistered Firearm

COUNT 3: 18 U.S.C. § 922(k) – Possession of a Firearm With Obliterated Serial Number

COUNT 4: 18 U.S.C. § 931 – Possession of Body Armor by a Violent Felon

*A true bill.*

_____
*Foreperson*

*Filed in open court this* __10__ *day of* __October__ *A.D. 201*__9__

_____
*United States Magistrate Judge*
Nathanael Cousins

**Bail. $** __no process__

```
 1  DAVID L. ANDERSON (CABN 149604)
    United States Attorney
 2
 3
 4                                                                    FILED
 5                                                                   OCT 10 2019
                                                               SUSAN Y. SOONG
 6                                                         CLERK, U.S. DISTRICT COURT
                                                          NORTHERN DISTRICT OF CALIFORNIA
 7                                                                SAN JOSE

 8                              UNITED STATES DISTRICT COURT
 9                            NORTHERN DISTRICT OF CALIFORNIA
10                                    SAN JOSE DIVISION
11
12  UNITED STATES OF AMERICA,              )  CASE NO. CR 19 00521 BLF
                                           )
13          Plaintiff,                     )  VIOLATIONS: 18 U.S.C. § 922(g)(1) – Felon in
                                           )  Possession of a Firearm and Ammunition; 26 U.S.C.
14     v.                                  )  § 5861(d) – Possession of an Unregistered Firearm;
                                           )  18 U.S.C. § 922(k) – Possession of a Firearm with
15  CLARENCE PETER CHAN,                   )  Obliterated Serial Number; 18 U.S.C. § 931(a) –
                                           )  Possession of Body Armor by a Violent Felon;
16          Defendant.                     )  18 U.S.C. § 924(d), 26 U.S.C. § 5872, and 28 U.S.C.
                                           )  § 2461(c) – Forfeiture Allegation
17  _____    )
18
19                                       I N D I C T M E N T
20  The Grand Jury charges:
21  COUNT ONE:       (18 U.S.C. § 922(g)(1) – Felon in Possession of a Firearm and Ammunition)
22          On or about May 29, 2018, in the Northern District of California, the defendant,
23                                    CLARENCE PETER CHAN,
24  knowing he had previously been convicted of a crime punishable by imprisonment for a term exceeding
25  one year, knowingly possessed firearms and ammunition, namely:
26          a.   One Ruger, Security-Six, .357 magnum revolver with an obliterated serial number;
27          b.   One Kimber, Pro BP Ten II, .45 caliber pistol bearing serial number KPA16828;
28          c.   One Glock, 19, 9mm pistol bearing serial number ZXY168;

    INDICTMENT
```

d. One Glock, 43, 9mm pistol bearing serial number BBZD686;
e. One Glock, 17, 9mm pistol bearing serial number KC360;
f. One Olympic Arms, M.F.R., .223/5.56 caliber pistol bearing serial number 96H1436;
g. One Colt, Sporter, .223 caliber rifle bearing serial number SL003030;
h. One PWA, Commando, 5.56 caliber rifle bearing serial number 35874;
i. One Lawson, Model 650, .380 Winchester bolt action-rifle bearing serial number A6493178;
j. One Aero Precision, X15, multi-caliber rifle bearing serial number AR46517;
k. One Aero Precision, X15, multi-caliber rifle bearing serial number AR46501;
l. 2,000 rounds of Blazer 9mm ammunition;
m. 1,200 rounds of Norinco 7.62 ammunition;
n. 980 rounds of PMC .223 caliber ammunition;
o. 250 rounds of Remington .45 caliber ammunition;
p. 100 rounds of Federal 9mm ammunition;
q. 100 rounds of Winchester 9mm ammunition;
r. 100 rounds of Winchester .45 caliber ammunition; and
s. 100 rounds of G2 Research 9mm ammunition,

and the firearms and ammunition were in and affecting interstate and foreign commerce, all in violation of Title 18, United States Code, Section 922(g)(1).

COUNT TWO:    (26 U.S.C. § 5861(d) – Possession of an Unregistered Firearm)

On or about May 29, 2018, in the Northern District of California, the defendant,

CLARENCE PETER CHAN,

knowingly possessed a machinegun as defined in Title 26, United States Code, Section 5845(b), namely, one HK MP5 frame and trigger assembly, not registered to him in the National Firearms Registration and Transfer Record, all in violation of Title 26, United States Code, Sections 5841 and 5861(d).

//
//
//

COUNT THREE: (18 U.S.C. § 922(k) – Possession of a Firearm with Obliterated Serial Number)

On or about May 29, 2018, in the Northern District of California, the defendant,

CLARENCE PETER CHAN,

knowingly possessed a firearm, namely, one Ruger, Security-Six, .357 magnum revolver from which the manufacturer's serial number had been removed, altered, and obliterated, and which was in and affecting interstate and foreign commerce, all in violation of Title 18, United States Code, Section 922(k).

COUNT FOUR: (18 U.S.C. § 931(a) – Possession of Body Armor by a Violent Felon)

On or about May 29, 2018, in the Northern District of California, the defendant,

CLARENCE PETER CHAN,

knowing he had previously been convicted of a crime of violence punishable by imprisonment for a term exceeding one year, knowingly possessed body armor, namely, six AR500 Armor body armor plates with one plate carrier, and the body armor was in and affecting interstate commerce, all in violation of Title 18, United States Code, Section 931(a).

FORFEITURE ALLEGATION: (18 U.S.C. § 924(d), 26 U.S.C. § 5872, and 28 U.S.C. § 2461(c))

1. The allegations contained in Counts One through Four of this Indictment are re-alleged and incorporated by reference for the purpose of alleging forfeiture pursuant to Title 18, United States Code, Section 924(d), Title 26, United States Code, Section 5872, and Title 28, United States Code, Section 2461(c).

2. Upon conviction of an offense alleged in Counts One and Three of this Indictment, the defendant,

CLARENCE PETER CHAN,

shall forfeit to the United States, pursuant to Title 18, United States Code, Section 924(d) and Title 28, United States Code, Section 2461(c), any firearm and ammunition involved or used in any knowing commission of the offense or intended to be used in the offense, including, but not limited to, the following property:

  a. One Ruger, Security-Six, .357 magnum revolver with an obliterated serial number;

  b. One Kimber, Pro BP Ten II, .45 caliber pistol bearing serial number KPA16828;

INDICTMENT              3

c. One Glock, 19, 9mm pistol bearing serial number ZXY168;
d. One Glock, 43, 9mm pistol bearing serial number BBZD686;
e. One Glock, 17, 9mm pistol bearing serial number KC360;
f. One Olympic Arms, M.F.R., .223/5.56 caliber pistol bearing serial number 96H1436;
g. One Colt, Sporter, .223 caliber rifle bearing serial number SL003030;
h. One PWA, Commando, 5.56 caliber rifle bearing serial number 35874;
i. One Lawson, Model 650, .380 Winchester bolt action-rifle bearing serial number A6493178;
j. One Aero Precision, X15, multi-caliber rifle bearing serial number AR46517;
k. One Aero Precision, X15, multi-caliber rifle bearing serial number AR46501;
l. 2,000 rounds of Blazer 9mm ammunition;
m. 1,200 rounds of Norinco 7.62 ammunition;
n. 980 rounds of PMC .223 caliber ammunition;
o. 250 rounds of Remington .45 caliber ammunition;
p. 100 rounds of Federal 9mm ammunition;
q. 100 rounds of Winchester 9mm ammunition;
r. 100 rounds of Winchester .45 caliber ammunition; and
s. 100 rounds of G2 Research 9mm ammunition.

3. Upon conviction of the offense alleged in Count Two of this Indictment, the defendant,

CLARENCE PETER CHAN,

shall forfeit to the United States, pursuant to Title 26, United States Code, Section 5872 and Title 28, United States Code, Section 2461(c), any firearm involved in the commission of the offense, including, but not limited to, the following property: one HK MP5 frame and trigger assembly.

4. If any of the property described above, as a result of any act or omission of the defendant:
    a. cannot be located upon exercise of due diligence;
    b. has been transferred or sold to, or deposited with, a third party;
    c. has been placed beyond the jurisdiction of the court;
    d. has been substantially diminished in value; or

|   |   |   |
|---|---|---|
| 1 | e. | has been commingled with other property which cannot be divided without |
| 2 |   | difficulty, |

the United States of America shall be entitled to forfeiture of substitute property pursuant to Title 21, United States Code, Section 853(p), as incorporated by Title 28, United States Code, Section 2461(c).

All pursuant to Title 18, United States Code, Section 924(d), Title 26, United States Code, Section 5872, Title 28, United States Code, Section 2461(c), and Federal Rule of Criminal Procedure 32.2.

DATED:                                                                                                A TRUE BILL.

_____
FOREPERSON
San Jose

DAVID L. ANDERSON
United States Attorney

_____
SCOTT SIMEON
Assistant United States Attorney

INDICTMENT                              5

# DEFENDANT INFORMATION RELATIVE TO A CRIMINAL ACTION - IN U.S. DISTRICT COURT

AO 257 (Rev. 6/78)

BY: ☐ COMPLAINT  ☐ INFORMATION  ☒ INDICTMENT  ☐ SUPERSEDING

**OFFENSE CHARGED**

COUNT 1: 18 U.S.C. § 922(g)(1) – Felon in Possession of a Firearm and Ammunition; COUNT 2: 26 U.S.C. § 5861(d) – Possession of an Unregistered Firearm; COUNT 3: 18 U.S.C. § 922(k) – Possession of a Firearm With Obliterated Serial Number; COUNT 4: 18 U.S.C. § 931 – Possession of Body Armor by a Violent Felon

☐ Petty
☐ Minor
☐ Misdemeanor
☒ Felony

PENALTY: see attached sheet

Name of District Court, and/or Judge/Magistrate Location
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE DIVISION

**DEFENDANT - U.S**

▶ CLARENCE PETER CHAN

DISTRICT COURT NUMBER

CR 19 00521 BLF SVK

**PROCEEDING**

Name of Complaintant Agency, or Person (& Title, if any)
ATF S/A MIKE NUTTALL

☐ person is awaiting trial in another Federal or State Court, give name of court

☐ this person/proceeding is transferred from another district per (circle one) FRCrp 20, 21, or 40. Show District

☐ this is a reprosecution of charges previously dismissed which were dismissed on motion of:
☐ U.S. ATTORNEY  ☐ DEFENSE
SHOW DOCKET NO.

☐ this prosecution relates to a pending case involving this same defendant
MAGISTRATE CASE NO.

☐ prior proceedings or appearance(s) before U.S. Magistrate regarding this defendant were recorded under

Name and Office of Person Furnishing Information on this form  DAVID L. ANDERSON
☒ U.S. Attorney  ☐ Other U.S. Agency

Name of Assistant U.S. Attorney (if assigned)  AUSA SCOTT SIMEON

**DEFENDANT**

IS *NOT* IN CUSTODY
Has not been arrested, pending outcome this proceeding.
1) ☐ If not detained give date any prior summons was served on above charges ▶

2) ☐ Is a Fugitive

3) ☒ Is on Bail or Release from (show District)
NDCA

FILED
OCT 10 2019
SUSAN Y. SOONG
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE

IS IN CUSTODY
4) ☐ On this charge
5) ☐ On another conviction   ☐ Federal  ☐ State
6) ☐ Awaiting trial on other charges
If answer to (6) is "Yes", show name of institution

Has detainer been filed?  ☐ Yes  ☐ No   If "Yes" give date filed

DATE OF ARREST ▶  Month/Day/Year
Or... if Arresting Agency & Warrant were not
DATE TRANSFERRED TO U.S. CUSTODY ▶  Month/Day/Year

☐ This report amends AO 257 previously submitted

**ADDITIONAL INFORMATION OR COMMENTS**

PROCESS:
☐ SUMMONS  ☒ NO PROCESS*  ☐ WARRANT    Bail Amount:

If Summons, complete following:
☐ Arraignment  ☐ Initial Appearance
Defendant Address:

* Where defendant previously apprehended on complaint, no new summons or warrant needed, since Magistrate has scheduled arraignment

Date/Time:          Before Judge:

Comments:

**COUNT ONE:** (18 U.S.C. § 922(g)(1) – Felon in Possession of a Firearm)

Maximum Prison Term: 10 years
Maximum Fine: $250,000
Maximum Supervised Release: 3 years
Special Assessment: $100
Forfeiture

**COUNT TWO:** (26 U.S.C. § 5861(d) – Possession of Unregistered Firearm)

Maximum Prison Term: 10 years
Maximum Fine: $10,000
Maximum Supervised Release: 3 years
Special Assessment: $100
Forfeiture

**COUNT THREE:** (18 U.S.C. § 922(k) – Possession of a Firearm With Obliterated Serial Number)

Maximum Prison Term: 5 years
Maximum Fine: $250,000
Maximum Supervised Release: 3 years
Special Assessment: $100
Forfeiture

**COUNT FOUR:** (18 U.S.C. § 931 – Possession of Body Armor by a Violent Felon)

Maximum Prison Term: 3 years
Maximum Fine: $250,000
Maximum Supervised Release: 1 year
Special Assessment: $100
Forfeiture