```
 1  JOHN D. FORSYTH (CABN 178341)
    LAW OFFICE OF JOHN D. FORSYTH
 2  2431 Fillmore Street
    San Francisco, California 94115
 3  415-401-0729 telephone
    415-401-7609 facsimile
 4  sotts@earthlink.net e-mail

 5  ATTORNEY FOR DEFENDANT
    CLARENCE PETER CHAN
 6
```

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| UNITED STATES OF AMERICA, | ) CASE NO. 19-CR 00521 BLF |
|---|---|
| v. | ) **STIPULATION TO MODIFY CONDITIONS OF DEFENDANT'S SUPERVISED RELEASE AND [PROPOSED] ORDER** |
| CLARENCE PETER CHAN | ) |
| Defendants | ) |

This stipulation is submitted on behalf of the government and defendant, CLARENCE PETER CHAN, seeking a modification of the conditions of his pre-trial release. Mr. Chan is currently under supervised pre-trial release with this court and with the Superior Court of Santa Clara County. The conditions of his release with this court include that he is not to travel outside the jurisdiction of the Northern District of California and to obey all of the conditions set by the Santa Clara County Superior Court ( Case No. B1898731) pertaining to his release status there.

On October 9, 2019 the Honorable Vincent J. Chiarello granted permission to modify Mr. Chan's supervised release and allow him to travel outside the State of California from November 1, 2019 until November 10, 2019. It was further ordered that the GPS tracking monitor be removed from Mr. Chan for the dates given above.

Mr. Chan wishes to travel to Las Vegas, Nevada to participate in an automotive trade show

STIP TO MODIFY CONDITIONS OF SUPERVISED RELEASE
5:19 CR 00521 BLF

1

where he is displaying a custom vehicle he has fabricated for the show. The vehicle represents a substantial investment and source of income for Mr. Chan.

On September 26, 2019 defense counsel consulted with Mr. A. Granados from the Pre-Trial Services Division for the Northern District of California. At that time Mr. Granados informed defense counsel that Mr. Chan was in full compliance and there is no objection to his travel outside the jurisdiction as long as he was given permission from the Superior Court of Santa Clara County to do so and provided documents confirming that permission.

Given the foregoing the parties hereby enter into a stipulation that allows Mr. Chan to have his conditions of release modified allowing him to travel to Las Vegas, Nevada from the dates of November 1, 2019 until November 10, 2019 for the purposes of attending the SEMA Automotive Trade Show.

A proposed Order is attached.

Dated: October 16, 2019

SO STIPULATED:

_____
JOHN D. FORSYTH
Counsel for CLARENCE PETER CHAN

SO STIPULATED:

DAVID L. ANDERSON
U.S. Attorney

/s/
_____
SCOTT SIMEON
Assistant U.S. Attorney

STIP TO MODIFY CONDITIONS OF SUPERVISED RELEASE
5:19 CR 00521 BLF

2

## [PROPOSED] ORDER

For the reasons stated in the parties' stipulation to modify the conditions of supervised release for defendant CLARENCE PETER CHAN, it is hereby ORDERED that:

1. CLARENCE PETER CHAN is allowed to travel outside the jurisdiction of the Northern District of California to Las Vegas, Nevada from November 1, 2019 until November 10, 2019.

IT IS SO ORDERED.

DATED:

                                      HON. NATHANIEL M. COUSINS
                                      United States District Court