DAVID L. ANDERSON (CABN 149604)
United States Attorney

HALLIE HOFFMAN (CABN 210020)
Chief, Criminal Division

SCOTT SIMEON (NYBN 5012653)
Assistant United States Attorney

    150 Almaden Boulevard, Suite 900
    San Jose, California 95113
    Telephone: (408) 535-5061
    FAX: (408) 535-5066
    scott.simeon@usdoj.gov

Attorneys for United States of America

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

## SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | NO. CR 19-00521 BLF |
| Plaintiff, | STIPULATION TO EXCLUDE TIME FROM DECEMBER 3, 2019, TO MARCH 24, 2020 AND [PROPOSED] ORDER |
| v. | |
| CLARENCE CHAN, | |
| Defendant. | |

    It is hereby stipulated by and between counsel for the United States and counsel for the defendant Clarence Chan, that time be excluded under the Speedy Trial Act from December 3, 2019, through March 24, 2020.

    At the status conferences held on December 3, 2019, and January 28, 2020, the government and counsel for the defendant agreed that time be excluded under the Speedy Trial Act so that defense counsel could continue to prepare, including by reviewing the discovery already produced. For this reason and as further stated on the record at the status conferences, the parties stipulate and agree that excluding time until March 24, 2020, will allow for the effective preparation of counsel. *See* 18 U.S.C. § 3161(h)(7)(B)(iv). The parties further stipulate and agree that the ends of justice served by excluding the time from December 3, 2019, through March 24, 2020, from computation under the Speedy Trial

Act outweigh the best interests of the public and the defendant in a speedy trial. 18 U.S.C. § 3161(h)(7)(A), (B)(iv).

The undersigned Assistant United States Attorney certifies that he has obtained approval from counsel for the defendant to file this stipulation and proposed order.

IT IS SO STIPULATED.

DATED: February 20, 2020         /s/
                                 SCOTT SIMEON
                                 Assistant United States Attorney

DATED: February 20, 2020         /s/
                                 JOHN D. FORSYTH
                                 Counsel for Defendant Clarence Chan

## [PROPOSED] ORDER

Based upon the facts set forth in the stipulation of the parties and the representations made to the Court on December 3, 2019, and January 28, 2020, and for good cause shown, the Court finds that failing to exclude the time from December 3, 2019, through March 24, 2020, would unreasonably deny defense counsel and the defendant the reasonable time necessary for effective preparation, taking into account the exercise of due diligence. 18 U.S.C. § 3161(h)(7)(B)(iv). The Court further finds that the ends of justice served by excluding the time from December 3, 2019, through March 24, 2020, from computation under the Speedy Trial Act outweigh the best interests of the public and the defendant in a speedy trial. Therefore, and with the consent of the parties, IT IS HEREBY ORDERED that the time from December 3, 2019, through March 24, 2020, shall be excluded from computation under the Speedy Trial Act. 18 U.S.C. § 3161(h)(7)(A), (B)(iv).

IT IS SO ORDERED.

DATED: _____         _____
                                HON. BETH LABSON FREEMAN
                                United States District Judge