DAVID L. ANDERSON (CABN 149604)
United States Attorney

HALLIE HOFFMAN (CABN 210020)
Chief, Criminal Division

SCOTT SIMEON (NYBN 5012653)
Assistant United States Attorney

    150 Almaden Boulevard, Suite 900
    San Jose, California 95113
    Telephone: (408) 535-5061
    FAX: (408) 535-5066
    scott.simeon@usdoj.gov

Attorneys for United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| UNITED STATES OF AMERICA, | ) | NO. CR 19-00521 BLF |
|---|---|---|
| Plaintiff, | ) ) | STIPULATION TO CONTINUE MARCH 24, 2020 STATUS CONFERENCE TO JUNE 2, 2020, AND |
| v. | ) ) | [~~PROPOSED~~] ORDER |
| CLARENCE PETER CHAN, | ) ) | |
| Defendant. | ) ) | |

In light of the Coronavirus disease 2019 (COVID-19), *see* General Order Nos. 72 & 73, and conflicts with the parties' May 2020 calendars, it is hereby stipulated by and between counsel for the United States and counsel for the defendant, Clarence Chan, that the March 24, 2020 status hearing be continued to June 2, 2020.

It is further stipulated that time be excluded under the Speedy Trial Act from March 24, 2020, through June 2, 2020.

At the status conference held on January 28, 2020, counsel for the government and for the defendant agreed that time be excluded under the Speedy Trial Act so that government counsel could respond to defense counsel's discovery requests, and so that defense counsel could continue to prepare, including by reviewing the discovery already produced. Government counsel is still gathering

STIPULATION TO EXCLUDE TIME
NO. CR 19-00521 BLF                        1                        v. 7/10/2018

1  documents responsive to defense counsel's supplemental discovery requests. For this reason, and for the
2  availability of counsel, the parties stipulate and agree that excluding time until June 2, 2020, will allow
3  for the effective preparation and continuity of counsel. *See* 18 U.S.C. § 3161(h)(7)(B)(iv). The parties
4  further stipulate and agree that for the health and safety of all individuals in light of the public health
5  emergency caused by COVID-19, the ends of justice served by excluding the time from March 24
6  through June 2, 2020, from computation under the Speedy Trial Act outweigh the best interests of the
7  public and the defendant in a speedy trial. 18 U.S.C. § 3161(h)(7)(A), (B)(iv).

8      The undersigned Assistant United States Attorney certifies that he has obtained approval from
9  counsel for each defendant to file this stipulation and proposed order.

10     IT IS SO STIPULATED.

12  DATED: March 17, 2020             /s/
                                        SCOTT SIMEON
13                                         Assistant United States Attorney

15  DATED: March 17, 2020             /s/
                                        JOHN D. FORSYTH
16                                         Counsel for Defendant Clarence Chan

1 **[~~PROPOSED~~] ORDER**

2 Based upon the facts set forth in the stipulation of the parties and the representations made to the
3 Court on January 28, 2020, and for good cause shown,

4 **IT IS HEREBY ORDERED** that the March 24, 2020, status conference is continued to June 2,
5 2020, at 9:00 a.m.

6 **IT IS FURTHER ORDERED** that the time from March 24, 2020, through June 2, 2020, shall
7 be excluded from computation under the Speedy Trial Act. 18 U.S.C. § 3161(h)(7)(A), (B)(iv).

9 DATED: March 17, 2020

HON. BETH LABSON FREEMAN
United States District Judge

[PROPOSED] ORDER
NO. CR 19-00521 BLF                                                                                  v. 7/10/2018