DAVID L. ANDERSON (CABN 149604)
United States Attorney

HALLIE HOFFMAN (CABN 210020)
Chief, Criminal Division

SCOTT SIMEON (NYBN 5012653)
Assistant United States Attorney

    150 Almaden Boulevard, Suite 900
    San Jose, California 95113
    Telephone: (408) 535-5061
    FAX: (408) 535-5066
    scott.simeon@usdoj.gov

Attorneys for United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| UNITED STATES OF AMERICA, | ) | NO. CR 19-00521 BLF (SVK) |
|---|---|---|
| Plaintiff, | ) | STIPULATION RE BRIEFING SCHEDULE AND [PROPOSED] ORDER |
| v. | ) | Re: ECF No. 25 |
| CLARENCE PETER CHAN, | ) | |
| Defendant. | ) | |

In accordance with the Court's Order, *see* ECF No. 26, the parties have met and conferred, and hereby stipulate to the following briefing schedule for the Defendant's Motion for Issuance of Subpoena to Produce State Law Enforcement Personnel or Complaint Records, ECF No. 25, which was filed on March 13, 2020:

| Pleading | Deadline |
|---|---|
| Government's Response | April 3, 2020 |
| Defendant's Reply | April 15, 2020 |

//

//

//

IT IS SO STIPULATED.

DATED: March 17, 2020

        /s/
SCOTT SIMEON
Assistant United States Attorney

DATED: March 17, 2020

        /s/
JOHN D. FORSYTH
Counsel for Defendant Clarence Chan

**[PROPOSED] ORDER**

**IT IS SO ORDERED.**

DATED: March 17, 2020

*Susan van Keulen* (signature)
HON. SUSAN VAN KEULEN
United States Magistrate Judge