MOLLY S. STUMP, City Attorney SBN 177165
TIMOTHY G. SHIMIZU, Deputy City Attorney. SBN 290567
CITY OF PALO ALTO
250 Hamilton Ave., 8th Floor
Palo Alto, CA 94301
Telephone:  (650) 329-2171
Facsimile:  (650) 329-2646
Email: Tim.Shimizu@cityofpaloalto.org

Attorneys for Non-Party
CITY OF PALO ALTO

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>CLARENCE PETER CHAN,<br><br>Defendant. | CASE NO.  19-CR-00521-BLF-1 (SVK)<br><br>[PROPOSED] ORDER GRANTING IN CAMERA REVIEW OF CITY OF PALO ALTO'S STATE LAW ENFORCEMENT PERSONNEL OR COMPLAINT RECORDS<br>**AS MODIFIED BY THE COURT** |

**GOOD CAUSE APPEARING**, the Court **GRANTS** the City of Palo Alto's and Defendant's stipulated request for an in-camera review of the City's records to be lodged with this Court in response to Defendant's subpoena (Dkt. 33).  The City shall lodge the applicable records within seven days of the date of this order by sending them via **courier or overnight FedEx** to this Court.  **The City of Palo Alto must email Justine Fanthorpe, Judge van Keulen's Courtroom Deputy, when the documents have been picked up.  Ms. Fanthorpe may be reached at justine_fanthorpe@cand.uscourts.gov.**  This Court will disclose the records to Defendant subject to the Protective Order detailed in General Order 69.

**IT IS SO ORDERED.**

Dated:  June 10, 2020

_____
SUSAN VAN KEULEN
United States Magistrate Judge

-1-

[PROPOSED] ORDER GRANTING IN CAMERA REVIEW OF CITY OF PALO ALTO'S STATE LAW ENFORCEMENT PERSONNEL OR COMPLAINT RECORDS **AS MODIFIED BY THE COURT**
CASE NO. 19-CR-00521-BLF-1-(SVK)