JOHN D. FORSYTH (CABN 178341)
LAW OFFICE OF JOHN D. FORSYTH
2431 Fillmore Street
San Francisco, California 94115
415-401-0729 telephone
415-401-7609 facsimile
sotts@earthlink.net e-mail

ATTORNEY FOR DEFENDANT
CLARENCE PETER CHAN

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> v. <br><br> CLARENCE PETER CHAN <br><br> Defendants | CASE NO. 19-CR 00521 BLF <br><br> STIPULATION TO continue JULY 21, 2020 status conference to AUGUST 18, 2020 AND [~~PROPOSED~~] ORDER |

In light of the Coronavirus disease 2019 (COVID-19), *see* General Order Nos. 72, 73 and 74, the on-going process of reviewing the materials received from the City of Palo Alto after the service of a Rule 17 subpoena by the defense and an additional cache of discovery recently provided by the government, it is hereby stipulated by and between counsel for the United States and counsel for the defendant, Clarence Chan, that the July 21, 2020 status hearing be continued to August 18, 2020.

It is further stipulated that time be excluded under the Speedy Trial Act from July 21, 2020, through August 18, 2020 for effective preparation of counsel.

On May 15, 2020 the Magistrate Court issued a revised Rule 17 subpoena for the defense to have access to personnel records from the Palo Alto Police Department. (*Document No. 34*) The subpoena was

STIP TO CONTINUE JULY 21, 2020 STATUS CONFERENCE 5:19 CR 00521 BLF
1

sent out for service with a scheduled return date of June 11, 2020.  On July 7, 2020 the magistrate court ordered the release of the material received from the City of Palo Alto to the defense.  On the same day the government electronically provided additional discovery materials.  The defense now requires time to adequately review the documents to examine whether that information may have any bearing on the upcoming Motion to Suppress or give rise to new requests for discovery from the government and/or the City of Palo Alto.  As it has always been the intention of the parties to set a briefing schedule for the Motion to Suppress at the next status conference, it is appropriate to continue the case until the parties are prepared to set such dates.  For this reason, the parties stipulate and agree that excluding time until August 18, 2020, will allow for the effective preparation and continuity of counsel. *See* 18 U.S.C. § 3161(h)(7)(B)(iv). The parties further stipulate and agree that for the health and safety of all individuals in light of the public health emergency caused by COVID-19, the ends of justice served by excluding the time from July 21 through August 18, 2020, from computation under the Speedy Trial Act outweigh the best interests of the public and the defendant in a speedy trial. 18 U.S.C. § 3161(h)(7)(A), (B)(iv).

   John D. Forsyth hereby certifies that he has obtained approval from the undersigned counsel for the Office of the United States Attorney to file this stipulation and proposed order.

IT IS SO STIPULATED.

Dated: July 16, 2020

SO STIPULATED:

/s/
_____
JOHN D. FORSYTH
Counsel for CLARENCE PETER CHAN

SO STIPULATED:

DAVID L. ANDERSON
U.S. Attorney

/s/
_____
SCOTT SIMEON
Assistant U.S. Attorney

STIP TO CONTINUE JULY 21, 2020 STATUS CONFERENCE 5:19 CR 00521 BLF

**[PROPOSED] ORDER**

Based upon the facts set forth in the stipulation of the parties and the representations made to the Court at the May 21, 2020 status conference, and for good cause shown,

**IT IS HEREBY ORDERED** that the July 21, 2020, status conference is continued to August 18, 2020, at 9:00 a.m.

**IT IS FURTHER ORDERED** that the time from July 21, 2020, through August 18, 2020, shall be excluded from computation under the Speedy Trial Act. 18 U.S.C. § 3161(h)(7)(A), (B)(iv).

DATED: July 16, 2020

_____
HON. BETH LABSON FREEMAN
United States District Judge