DAVID L. ANDERSON (CABN 149604)
United States Attorney

HALLIE HOFFMAN (CABN 210020)
Chief, Criminal Division

SCOTT SIMEON (NYBN 5012653)
Assistant United States Attorney

    150 Almaden Boulevard, Suite 900
    San Jose, California 95113
    Telephone: (408) 535-5061
    FAX: (408) 535-5066
    scott.simeon@usdoj.gov

Attorneys for United States of America

## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA
## SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | NO. CR 19-00521 BLF |
| Plaintiff, | STIPULATION TO EXCLUDE TIME FROM AUGUST 18, 2020, TO FEBRUARY 9, 2021 AND [PROPOSED] ORDER |
| v. | |
| CLARENCE PETER CHAN, | |
| Defendant. | |

It is hereby stipulated by and between counsel for the United States and counsel for the defendant Clarence Chan, that time be excluded under the Speedy Trial Act from August 18, 2020, through February 9, 2021.

At the status conference held on August 18, 2020, the government and counsel for the defendant agreed that time be excluded under the Speedy Trial Act so that defense counsel could continue to prepare, including by reviewing the discovery already produced and preparing a motion to suppress evidence. Defense counsel also requested supplemental discovery from the government, which the government required additional time to produce. For these reasons and as further stated on the record at the status conferences, the parties stipulate and agree that excluding time until February 9, 2021, will allow for the effective preparation of counsel. *See* 18 U.S.C. § 3161(h)(7)(B)(iv). The parties further

stipulate and agree that the ends of justice served by excluding the time from August 18, 2020, through February 9, 2021, from computation under the Speedy Trial Act outweigh the best interests of the public and the defendant in a speedy trial.  18 U.S.C. § 3161(h)(7)(A), (B)(iv).

The undersigned Assistant United States Attorney certifies that he has obtained approval from counsel for the defendant to file this stipulation and proposed order.

IT IS SO STIPULATED.

DATED: October 10, 2020

/s/
SCOTT SIMEON
Assistant United States Attorney

DATED: October 10, 2020

/s/
JOHN D. FORSYTH
Counsel for Defendant Clarence Chan

**[PROPOSED] ORDER**

Based upon the facts set forth in the stipulation of the parties and the representations made to the Court on August 18, 2020, and for good cause shown, the Court finds that failing to exclude the time from August 18, 2020, through February 9, 2021, would unreasonably deny defense counsel and the defendant the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.  18 U.S.C. § 3161(h)(7)(B)(iv).  The Court further finds that the ends of justice served by excluding the time from August 18, 2020, through February 9, 2021, from computation under the Speedy Trial Act outweigh the best interests of the public and the defendant in a speedy trial.  Therefore, and with the consent of the parties, IT IS HEREBY ORDERED that the time from August 18, 2020, through February 9, 2021, shall be excluded from computation under the Speedy Trial Act. 18 U.S.C. § 3161(h)(7)(A), (B)(iv).

IT IS SO ORDERED.

DATED: _____

HON. BETH LABSON FREEMAN
United States District Judge