1  JOHN D. FORSYTH, SBN 178341
   LAW OFFICES OF JOHN D. FORSYTH
2  2431 Fillmore Street
   San Francisco, California 94115
3  Telephone: (415) 401-0729
   Facsimile: (415) 401-7609
4  john@forsyth4defense.com

5  Attorney for Defendant
   CLARENCE CHAN
6

7

8                    UNITED STATES DISTRICT COURT

9                   NORTHERN DISTRICT OF CALIFORNIA

10                          SAN JOSE DIVISION

11

12  | UNITED STATES OF AMERICA, | Case No. 5:19-cr-00521-BLF-1 |
    |---|---|
    | Plaintiff, | NOTICE OF MOTION AND MOTION TO SUPPRESS EVIDENCE, QUASH SEARCH WARRANTS AND TRAVERSE PURSUANT TO *FRANKS v. DELAWARE* |
    | v. | |
    | CLARENCE P. CHAN, | Date: February 9, 2021 |
    | Defendant. | Time: 9:00 a.m. |
    | | Court: Hon. Judge Beth Labson Freeman |

17
18  TO THE CLERK OF THE ABOVE-ENTITLED COURT AND TO THE UNITED STATES ATTORNEY FOR THE NORTHERN DISTRICT OF CALIFORNIA:

19      PLEASE TAKE NOTICE that on the above date and time, or as soon thereafter as the

20  matter may be heard, defendant CLARENCE P. CHAN, by and through counsel, will and hereby

21  does move this Court, pursuant to Rules 12(b)(3)( C) and 47 of the Federal Rules of Criminal

22  Procedure, for an Order suppressing the following:

23      (1)   All tangible and intangible evidence obtained pursuant to the warrantless police

24  actions, including, but not limited to the entry, search and seizures of Mr. Chan's residence on

25  May 28, 2018 at 3195 Alexis Drive, Palo Alto;

26      (2)   All tangible and intangible evidence obtained pursuant to the execution of the

27

28

1   initial and amended search warrants at this same property on May 29, 2018;[1]

2       (3)    Any and all statements taken from or attributed to defendant as the result of these

3   Fourth Amendment violations;

4       (4)    Any and all observations and opinions made by law enforcement as a result of

5   these Fourth Amendment violations; and,

6       (5)    Any and all further evidence, whether tangible or intangible, which could be

7   considered the "fruit of the poisonous tree." *Wong Sun v. United States*, 371 U.S. 471 (1963).

8       This Motion is made on the ground that the unlawful searches and seizures violated

9   defendant's constitutional rights as guaranteed by the Fourth Amendment to the United States

10  Constitution. Mr. Chan has a legitimate expectation of privacy sufficient to contest the searches

11  of and seizures from his home located at 3195 Alexis Drive, Palo Alto.

12      As this case involves warrantless police actions, the burden of proving each intrusion was

13  justified under the Fourth Amendment falls to the government, thus, the prosecution must be

14  required to sustain their burdens through an evidentiary hearing. Defendant submits the

15  government will fail to meet the high constitutional standards requiring this Court to suppress all

16  evidentiary fruits of the poisonous tree.

17      Assuming arguendo, this Court finds the government satisfies their burdens, defendant

18  alternatively moves to traverse the warrants and for an evidentiary hearing, pursuant to *Franks v.*

19  *Delaware* (1978) 438 U.S. 154.

20      This Motion is based on this Notice of Motion and Motion, the Memorandum of Points

21  and Authorities and Exhibits A-H filed herewith, on such supplemental points and authorities as

---

[1] See, (1) Search Warrant, issued by Santa Clara County Superior Court Judge Michael Aaron Persky on May 28, 2019 and supporting affidavit, filed herewith as Exhibit A; (2) amended Search Warrant, issued by Santa Clara County Superior Court Judge Allison M. Danner on May 29, 2018, and supporting affidavit, filed herewith as Exhibit B; and (3) the Return and Inventory on Search Warrant (listing items of property seized which defendant moves to suppress), filed herewith as Exhibit C.

1 may hereafter be filed or orally presented, on the records and files in this action, and any further
2 argument and evidence which may be presented or adduced at the time of the hearing on this
3 motion.

4     WHEREFORE, defendant Clarence Chan respectfully moves this Court for an Order
5 granting this Motion.

6     Dated: November 3, 2020                  Respectfully submitted,

8                                          */s/ John D. Forsyth*
                                         JOHN D. FORSYTH
                                         Attorney for Defendant
9                                            CLARENCE CHAN

Notice/Motion to Suppress
5:19-cr-00521-BLF-1