# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>CLARENCE PETER CHAN,<br><br>Defendant. | Case No. 19-cr-00521-BLF-1<br><br>**ORDER STRIKING DEFENDANT'S MOTION TO SUPPRESS EVIDENCE, QUASH SEARCH WARRANTS, AND TRAVERSE, WITHOUT PREJUDICE TO REFILING**<br><br>[Re: ECF 47] |

On November 3, 2020, Defendant filed a Motion to Suppress Evidence, Quash Search Warrants, and Traverse, which is noticed for hearing on February 9, 2020. Under this Court's Local Rules, a noticed motion in a criminal case may not exceed 25 pages. *See* Crim. L.R. 47-2(b) ("Except as otherwise specifically provided, the format of motions shall comply with the requirements of Civil L.R. 7-2(b) and (c)."); Civ. L.R. 7-2(b) (limiting noticed motions to "one filed document not exceeding 25 pages in length"). Defendant's motion 30 pages in length. Accordingly, the motion is STRICKEN for failure to comply with the applicable page limit. The Court's ruling is WITHOUT PREJUDICE to re-filing the motion in compliance with the applicable Local Rules.

**IT IS SO ORDERED.**

Dated: November 4, 2020

_____
BETH LABSON FREEMAN
United States District Judge