DAVID L. ANDERSON (CABN 149604)
United States Attorney

HALLIE HOFFMAN (CABN 210020)
Chief, Criminal Division

SCOTT SIMEON (NYBN 5012653)
Assistant United States Attorney

    150 Almaden Boulevard, Suite 900
    San Jose, California 95113
    Telephone: (408) 535-5061
    FAX: (408) 535-5066
    scott.simeon@usdoj.gov

Attorneys for United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | NO. CR 19-00521 BLF |
| Plaintiff, | STIPULATION TO EXTEND DEADLINES; [PROPOSED] ORDER |
| v. | |
| CLARENCE PETER CHAN, | |
| Defendant. | |

It is hereby stipulated by and between counsel for the United States and counsel for the defendant, Clarence Chan, that, with the Court's permission, the deadlines for the government's response to the defendant's motion to suppress evidence (ECF No. 51) and the defendant's reply be extended by one week to December 15, 2020, and January 19, 2021, respectively.

On August 18, 2020, the parties agreed to a motion deadline of November 3, 2020, a response deadline of December 8, 2020, a reply deadline of January 12, 2021, and a motion hearing date of February 9, 2021. ECF No. 44. On November 9, 2020, with the Court's permission, counsel for the defendant filed an oversized motion brief, and recently counsel for the government has taken leave for family care. Because of these circumstances, the parties stipulate, and respectfully request the Court's permission, to extend their response and reply deadlines.

STIPULATION TO EXTEND DEADLINES; [PROPOSED] ORDER
NO. CR 19-00521 BLF

IT IS SO STIPULATED.

DATED: November 20, 2020

/s/
SCOTT SIMEON
Assistant United States Attorney

DATED: November 20, 2020

/s/
JOHN D. FORSYTH
Counsel for Defendant Clarence Chan

## [PROPOSED] ORDER

Based upon the facts set forth in the stipulation of the parties and for good cause shown, the parties' filing deadlines are extended as follows:

Government's response is due December 15, 2020.

Defendant's reply is due January 19, 2021.

**IT IS SO ORDERED.**

DATED: _____

HON. BETH LABSON FREEMAN
United States District Judge

STIPULATION TO EXTEND DEADLINES; [PROPOSED] ORDER
NO. CR 19-00521 BLF