United States District Court
Northern District of California

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN JOSE DIVISION

UNITED STATES OF AMERICA,

        Plaintiff,

   v.

CLARENCE PETER CHAN,

        Defendant.

Case No.  19-cr-00521-BLF-1

**ORDER RE MOTION HEARING SET ON FEBRUARY 9, 2021**

[Re:  ECF 51]

Defendant's Motion to Suppress Evidence, Quash Search Warrants and Traverse Pursuant to *Franks v. Delaware* (ECF 51) is set for hearing on February 9, 2021.  The courthouse is closed for in-person proceedings on that date.  Accordingly, the hearing can go forward as set only if both parties agree to proceed via videoconference and if Defendant waives his personal appearance. The parties SHALL file a joint status report on or before February 2, 2021, advising whether they wish to proceed on February 9, 2021 via videoconference.  If the parties instead wish to continue the matter until such time as it may be conducted in-person, they shall so advise the Court.  Any such continuance would require an appropriate exclusion of time.

    **IT IS SO ORDERED.**

Dated:  January 29, 2021

_____
BETH LABSON FREEMAN
United States District Judge