# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>CLARENCE PETER CHAN,<br><br>Defendant. | Case No. 19-cr-00521-BLF-1<br><br>**ORDER DIRECTING PARTIES TO SELECT NEW DATE FOR HEARING ON DEFENDANT'S MOTION TO SUPPRESS EVIDENCE**<br><br>[Re: ECF 51] |

On January 29, 2021, the Court issued an order advising the parties that the courthouse will be closed for in-person proceedings on February 9, 2021, the current hearing date on Defendant's Motion to Suppress Evidence, Quash Search Warrants and Traverse Pursuant to *Franks v. Delaware* (ECF 51). The Court requested that the parties notify the Court whether they wish to proceed on February 9, 2021 via videoconference or, alternatively, seek a continuance.

The parties have informed court staff that they wish to seek a continuance of the February 9, 2021 hearing date. While the parties suggest a continuance of several months, the Court declines to put the hearing off for such a long period absent a showing of good cause. The Court directs the parties to select from the following available hearing dates and to file a stipulation for continuance that includes an appropriate exclusion of time: February 16, 2021 at 9:00 a.m. (this would be the Court's preference) or March 2, 2021 at 9:00 a.m.

**IT IS SO ORDERED.**

Dated: February 3, 2021

_____
BETH LABSON FREEMAN
United States District Judge