```
JOHN D. FORSYTH (CABN 178341)
LAW OFFICE OF JOHN D. FORSYTH
2431 Fillmore Street
San Francisco, California 94115
415-401-0729 telephone
415-401-7609 facsimile
sotts@earthlink.net e-mail
```

ATTORNEY FOR DEFENDANT
CLARENCE PETER CHAN

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> v. <br><br> CLARENCE PETER CHAN <br> Defendants | CASE NO. 19-CR 00521 BLF <br><br> **STIPULATION TO CONTINUE FEBRUARY 9, 2021 HEARING ON DEFENDANT'S MOTION TO SUPPRESS EVIDENCE, QUASH SEARCH WARRANTS AND TRAVERSE PURSUANT TO** *FRANKS V DELAWARE* **HEARING TO MARCH 2, 2021 AND [**~~PROPOSED~~**] ORDER** |

Due to the fact that the courthouse is closed for in-person proceedings on February 9, 2021 and counsel for the defense does not agree to proceed via videoconference, the parties herein agree to proceed with an in-person hearing at a later date. The parties agree to a stipulation continuing the hearing until a date that has been designated by the court in the Order for Parties to Select a New Date filed on February 3, 2021 (ECF No. 57).

In light of the Coronavirus disease 2019 (COVID-19), *see* General Order Nos. 72, 73 and 74 it is hereby stipulated by and between counsel for the United States and counsel for the defendant, Clarence Chan, that the February 9, 2021 hearing be continued.

It is further stipulated that time be excluded under the Speedy Trial Act from February 9, 2021, through March 2, 2021 for continuity and effective preparation of counsel.

STIP TO CONTINUE FEBRUARY 9, 2021 HEARING ON DEFENSE MOTION TO SUPPRESS  5:19 CR 00521 BLF
1

1  The parties further stipulate and agree that for the health and safety of all individuals in light of the
2  public health emergency caused by COVID-19, the ends of justice served by excluding the time from
3  computation under the Speedy Trial Act outweigh the best interests of the public and the defendant in a
4  speedy trial. 18 U.S.C. § 3161(h)(7)(A), (B)(iv).

5  John D. Forsyth hereby certifies that he has obtained approval from the undersigned counsel for the
6  Office of the United States Attorney to file this stipulation and proposed order.

7  IT IS SO STIPULATED.

8  Dated: February 3, 2021

9  SO STIPULATED:

10  /s/ *John D. Forsyth*

11  _____
    JOHN D. FORSYTH
12  Counsel for CLARENCE PETER CHAN
    SO STIPULATED:
13  DAVID L. ANDERSON
    U.S. Attorney
14
    */s/ Scott Simeon*
15
    _____
16  SCOTT SIMEON
    Assistant U.S. Attorney

**[PROPOSED] ORDER**

Based upon the facts set forth in the stipulation of the parties and the representations made to the Court, and for good cause shown,

**IT IS HEREBY ORDERED** that the February 9, 2021, hearing on Defendant's Motion to Suppress Evidence, Motion to Quash Search Warrants and Traverse pursuant to *Franks v. Delaware* is continued to March 2, 2021, at 9:00 a.m.

**IT IS FURTHER ORDERED** that the time from February 9, 2021, through March 2, 2021, shall be excluded from computation under the Speedy Trial Act. 18 U.S.C. § 3161(h)(7)(A), (B)(iv).

DATED: February 3, 2021

_____
HON. BETH LABSON FREEMAN
United States District Judge