UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

# CRIMINAL MINUTES

**Date:** March 2, 2021  **Time:** 10:00 – 11:06 A.M.  **Judge:** BETH LABSON FREEMAN
**Total Time:** 1 Hr 6 Mins

**Case No.:** 5:19-cr-00521-BLF-1  **Case Name:** UNITED STATES v. Clarence Chan

**Attorney for Plaintiff:** Scott Simeon
**Attorney for Defendant:** John Forsyth for Clarence Chan – P/NC

**Deputy Clerk:** Tiffany Salinas-Harwell   **Court Reporter:** Summer Fisher
**Interpreter:** N/A   **Probation Officer:** N/A

# PROCEEDINGS

**STATUS CONFERENCE**

**Status Conference held regarding Evidentiary Hearing.**

**CASE CONTINUED TO: March 23, 2021 at 10:00 am for Evidentiary Hearing.**

///

**P/NP:** Present, Not Present
**C/NC:** Custody, Not in Custody
**I:** Interpreter

*Courtroom Deputy*

Original E-Filed
CC: