UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

CRIMINAL MINUTES

**Date:** March 23, 2021   **Time:** 3 hours, 21 minutes   **Judge:** Beth Labson Freeman

**Case No.:** 19-cr-00521-BLF-1   **Case Name:** UNITED STATES v. Clarence Peter Chan (P/NC)

**Attorney for Plaintiff:** Scott Simeon
**Attorney for Defendant:** John Forsyth

**Deputy Clerk:** Lili Harrell   **Court Reporter:** Summer Fisher

PROCEEDINGS

**EVIDENTIARY HEARING – Held**

10:04 – Call to order
10:20 - Government Witness Chris Correia
           Direct examination
10:31 – Cross-examination
10:41 - Witness excused
10:42 - Government Witness Yolanda Clausen
           Direct examination
10:46 – 11:33   Government's Exhibit Nos. 11, 7, 5, 6
                 Defendant's Exhibits G, H, D
11:54 - Redirect
12:00 - Recess
12:18 - Court reconvenes
           Government Witness Sgt. Adrian Moore
           Direct examination
12:32 - 12:53   Government's Exhibit Nos. 8
                 Defendant's Exhibits A, B
12:53 - Cross examination
1:27 - Redirect
           Witness excused
1:30 - Evidence concludes
1:43 - Court adourns

Court to consider all of the evidence submitted. Exhibits identified have been admitted.
Case set for May 4, 2021, at 9:00 a.m. for Status by Zoom webinar.

**EXCLUDABLE DELAY from 3/23/2021 to 5/4/2021 for effective preparation of counsel.**