| | |
|---|---|
| 1 | STEPHANIE M. HINDS (CABN 154284)<br>Acting United States Attorney |
| 2 | |
| 3 | HALLIE HOFFMAN (CABN 210020)<br>Chief, Criminal Division |
| 4 | SCOTT SIMEON (NYBN 5012653)<br>Assistant United States Attorney |
| 5 | |
| 6 | 150 Almaden Boulevard, Suite 900<br>San Jose, California 95113 |
| 7 | Telephone: (408) 535-5061<br>FAX: (408) 535-5066<br>scott.simeon@usdoj.gov |
| 8 | |
| 9 | Attorneys for United States of America |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | NO. CR 19-00521 BLF |
| Plaintiff, | ) ) | UNITED STATES' FINAL EXHIBIT LIST |
| v. | ) ) | |
| CLARENCE CHAN, | ) ) | |
| Defendant. | ) ) ) | |

The government hereby submits its final list of exhibits admitted into evidence in support of its Opposition to Defendant's Motion to Suppress Evidence (Dkt. 54). Exhibits 1, 2, 3, and 4 were previously admitted. *See* Dkt. 54-1 to 54-4. Exhibits 5, 6, 7, 8, and 11 were admitted at the March 23, 2021 evidentiary hearing.

DATED: March 25, 2021

Respectfully submitted,

STEPHANIE M. HINDS
Acting United States Attorney

*/s/ Scott Simeon*
SCOTT SIMEON
Assistant United States Attorney

UNITED STATES' FINAL EXHIBIT LIST
NO. CR 19-00521 BLF

| Exhibit Number | Description |
|---|---|
| 1 | Philip Declaration |
| 2 | Weirich Declaration |
| 3 | Defendant's Texts and Photos [ALSO INCLUDED AS PART OF EXHIBIT 5] |
| 4 | Search Warrant Photos |
| 5 | Defendant's Texts and Photos [INCORPORATING EXHIBIT 3] |
| 6 | Bare Speed Website |
| 7 | Emergency Protective Order |
| 8 | Gun Violence Restraining Order |
| 9 | INTENTIONALLY LEFT BLANK |
| 10 | INTENTIONALLY LEFT BLANK |
| 11 | Domestic Violence Protocol for Law Enforcement 2018 |

UNITED STATES' FINAL EXHIBIT LIST
NO. CR 19-00521 BLF