UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

# CRIMINAL MINUTES

**Date:** May 4, 2021     **Time:** 9:00 – 9:05 A.M.     **Judge:** BETH LABSON FREEMAN

**Total Time:** 5 Minutes

**Case No.:** 5:19-cr-00521-BLF-1     **Case Name:** UNITED STATES v. Chan

**Attorney for Plaintiff:** Ann Koppuzha via Zoom Webinar
**Attorney for Defendant:** John forsyth via Zoom Webinar for Clarence Peter Chan - P/NC

**Deputy Clerk:** Tiffany Salinas-Harwell     **Court Reporter:** Lee-Anne Shortridge
**Interpreter:** N/A     **Probation Officer:** N/A

## PROCEEDINGS

**STATUS CONFERENCE**

**Status Conference held.**

**CASE CONTINUED TO: June 29, 2021 at 9:00 a.m. for Further Status.**

---

**EXCLUDABLE DELAY**
Category:  Effective Preparation of Counsel
Begins:  5/4/2021
Ends:  6/29/2021

---

///

**P/NP:** Present, Not Present
**C/NC:** Custody, Not in Custody
**I:** Interpreter

*[signature]*
**Courtroom Deputy**

**Original E-Filed**