```
STEPHANIE M. HINDS (CABN 154284)
Acting United States Attorney

HALLIE HOFFMAN (CABN 210020)
Chief, Criminal Division

ANDREW LIAO (CABN 271219)
ANN KOPPUZHA (CABN 307736)
Assistant United States Attorneys

    150 Almaden Boulevard, Suite 900
    San Jose, California 95113
    Telephone: (415) 577-7509
    FAX: (408) 535-5066
    ann.koppuzha@usdoj.gov
```

Attorneys for the UNITED STATES OF AMERICA

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN JOSE DIVISION

| UNITED STATES OF AMERICA, | ) CASE NO. 5:19-CR-00521-BLF |
|---|---|
| Plaintiff, | ) |
| | ) STIPULATION TO CONTINUE STATUS |
| | ) HEARING AND EXCLUDE TIME FROM MAY 4, |
| v. | ) 2021 THROUGH JUNE 29, 2021; AND |
| | ) [~~PROPOSED~~] ORDER |
| | ) |
| CLARENCE CHAN, | ) |
| | ) |
| Defendant. | ) |

It is hereby stipulated by and between counsel for the United States and counsel for defendant Clarence Chan that this case is continued until June 29, 2021 and that time be excluded under the Speedy Trial Act from May 04, 2021 through June 29, 2021.

Government has added new counsel and the parties have agreed that time be excluded under the Speedy Trial Act so that counsel can continue to prepare, including by reviewing discovery, discussing a potential plea offer, and reviewing appeal options. For these reasons, the parties stipulate and agree that excluding time through June 29, 2021 will allow for the effective preparation of counsel. *See* 18 U.S.C. § 3161(h)(7)(B)(iv). The parties further stipulate and agree that the ends of justice served by excluding the time from May 4, 2021 through June 29, 2021 from computation under the Speedy Trial Act

STIPULATION TO EXCLUDE TIME AND [PROPOSED] ORDER
Case No. 5:19-cr-00521-BLF

outweigh the best interests of the public and the defendant in a speedy trial.  18 U.S.C. § 3161(h)(7)(A), (B)(iv).

The undersigned Special Assistant United States Attorney certifies that she has obtained approval from counsel for the defendant to file this stipulation and proposed order.

IT IS SO STIPULATED.

DATED:  May 05, 2021         /s/
Ann Koppuzha
Special Assistant United States Attorney

DATED:  May 05, 2021         /s/
JOHN D. FORSYTH
Counsel for Defendant Clarence Chan

# [PROPOSED] ORDER

Pursuant to stipulation, IT IS HEREBY ORDERED that the status conference currently scheduled for May 04, 2021 is continued to June 29, 2021, at 9:00 a.m.

Further, based upon the facts set forth in the stipulation of the parties and the representations made to the Court, and for good cause shown, the Court finds that failing to exclude the time from May 04, 2021 through June 29, 2021 would unreasonably deny defense counsel and the defendant the reasonable time necessary for effective preparation, taking into account the exercise of due diligence. 18 U.S.C. § 3161(h)(7)(B)(iv).  The Court further finds that the ends of justice served by excluding the time from May 04, 2021 through June 29, 2021 from computation under the Speedy Trial Act outweigh the best interests of the public and the defendant in a speedy trial.  Therefore, and with the consent of the parties, IT IS HEREBY ORDERED that the time from May 04, 2021 through June 29, 2021, shall be excluded from computation under the Speedy Trial Act. 18 U.S.C. § 3161(h)(7)(A), (B)(iv).

IT IS SO ORDERED.

DATED:  May 5, 2021         _____
HON. BETH FREEMAN
United States District Judge

STIPULATION TO EXCLUDE TIME AND [PROPOSED] ORDER
Case No. 5:19-cr-00521-BLF