1  STEPHANIE M. HINDS (CABN 154284)
   Acting United States Attorney

2

3  HALLIE HOFFMAN (CABN 210020)
   Chief, Criminal Division

4  ANDREW LIAO (CABN 271219)
   ANN KOPPUZHA (CABN 307736)

5  Assistant United States Attorneys

6      150 Almaden Boulevard, Suite 900
       San Jose, California 95113

7      Telephone: (415) 577-7509
       FAX: (408) 535-5066

8      ann.koppuzha@usdoj.gov

9  Attorneys for the UNITED STATES OF AMERICA

10                    **UNITED STATES DISTRICT COURT**

11                  **NORTHERN DISTRICT OF CALIFORNIA**

12                        **SAN JOSE DIVISION**

13  UNITED STATES OF AMERICA,              )  CASE NO. 5:19-CR-00521-BLF
                                           )
14        Plaintiff,                       )  STIPULATION TO CONTINUE STATUS
                                           )  HEARING AND EXCLUDE TIME FROM JUNE
15     v.                                  )  29, 2021 THROUGH AUGUST 24, 2021; AND
                                           )  [PROPOSED] ORDER
16                                         )
    CLARENCE CHAN,                         )
17                                         )
          Defendant.                       )
18

19

20         It is hereby stipulated by and between counsel for the United States and counsel for defendant

21  Clarence Chan that this case is continued until August 24, 2021 and that time be excluded under the

22  Speedy Trial Act from June 29, 2021 through August 24, 2021.

23         The parties have agreed that time be excluded under the Speedy Trial Act so that counsel can

24  continue to prepare, including by reviewing discovery, discussing a potential plea offer, and reviewing

25  appeal options.  For these reasons, the parties stipulate and agree that excluding time through August 24,

26  2021 will allow for the effective preparation of counsel. *See* 18 U.S.C. § 3161(h)(7)(B)(iv).  The parties

27  further stipulate and agree that the ends of justice served by excluding the time from June 29, 2021

28  through August 24, 2021 from computation under the Speedy Trial Act outweigh the best interests of the

    STIPULATION TO EXCLUDE TIME AND [PROPOSED] ORDER
    Case No. 5:19-cr-00521-BLF

1   public and the defendant in a speedy trial.  18 U.S.C. § 3161(h)(7)(A), (B)(iv).

2          The undersigned Special Assistant United States Attorney certifies that she has obtained

3   approval from counsel for the defendant to file this stipulation and proposed order.

4          IT IS SO STIPULATED.

5   DATED:  June 22, 2021                              /s/
                                            Ann Koppuzha
6                                           Special Assistant United States Attorney

7
    DATED:  June 22, 2021                              /s/
8                                           JOHN D. FORSYTH
                                            Counsel for Defendant Clarence Chan
9

10

11                          **[~~PROPOSED~~] ORDER**

12          Pursuant to stipulation, IT IS HEREBY ORDERED that the status conference currently scheduled

13   for June 29, 2021 is continued to August 24, 2021, at 9:00 a.m.

14          Further, based upon the facts set forth in the stipulation of the parties and the representations

15   made to the Court, and for good cause shown, the Court finds that failing to exclude the time from June

16   29, 2021 through August 24, 2021 would unreasonably deny defense counsel and the defendant the

17   reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

18   18 U.S.C. § 3161(h)(7)(B)(iv).  The Court further finds that the ends of justice served by excluding the

19   time from June 29, 2021 through August 24, 2021 from computation under the Speedy Trial Act

20   outweigh the best interests of the public and the defendant in a speedy trial.  Therefore, and with the

21   consent of the parties, IT IS HEREBY ORDERED that the time from June 29, 2021 through August 24,

22   2021, shall be excluded from computation under the Speedy Trial Act. 18 U.S.C. § 3161(h)(7)(A),

23   (B)(iv).

24          IT IS SO ORDERED.

25

26   DATED: ___June 22, 2021_____        _____

27                                           HON. BETH FREEMAN
                                            United States District Judge
28

STIPULATION TO EXCLUDE TIME AND [PROPOSED] ORDER
Case No. 5:19-cr-00521-BLF