CRAIG H. MISSAKIAN (CABN 125202)
United States Attorney

JEFF MITCHELL (CABN 236225)
Chief, Criminal Division

PAUL D. VESTAL (CABN 348896)
Special Assistant United States Attorney

450 Golden Gate Avenue, Box 36055
San Francisco, California 94102-3495
Telephone: (415) 436-7534
Email: Paul.Vestal@usdoj.gov

Attorneys for United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>CLARENCE PETER CHAN,<br><br>Defendant. | No. 19-CR-521-BLF<br><br>**UNITED STATES' APPLICATION TO UNSEAL ARREST WARRANT AND [~~PROPOSED~~] ORDER** |

The United States of America respectfully moves the Court to unseal the arrest warrant (Dkt. 101) issued in this matter on December 1, 2022. The arrest warrant has not been executed; however, undersigned counsel was notified by the United States Marshals Service that the unsealing of the warrant in this specific case is necessary to further attempts at effectuating its execution. This matter has been fully investigated and concluded (the defendant fled post-Judgment). The existence of the warrant is also likely already known by the defendant. As the standard grounds for an arrest warrant being sealed no longer exist, the United States requests the arrest warrant in this case be unsealed.

DATED: August 5, 2026

Respectfully submitted,

CRAIG H. MISSAKIAN
United States Attorney

*/s/ Paul D. Vestal*
Special Assistant United States Attorney

**~~[PROPOSED]~~ ORDER**

On the motion of the United States, and good cause appearing therefor, the Court HEREBY ORDERS that the arrest warrant (Dkt. 101) in this matter be unsealed and shall be placed on the public docket.

IT IS SO ORDERED.

DATED: August 5, 2026

HONORABLE SUSAN VAN KEULEN
United States Magistrate Judge